THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALEX STADDON-SMITH and CHRIS WALLACE, <br><br> Plaintiffs, <br><br> v. <br><br> SPATIAL COMMUNICATIONS TECHNOLOGIES, INC., <br><br> Defendant. | NO. CV04-2409RSM <br><br> STIPULATION AND ORDER OF STAY |

### I.   STIPULATION

It is hereby STIPULATED and AGREED by and between the parties to this action, through their undersigned counsel, as follows:

Plaintiffs Alex Staddon-Smith and Chris Wallace ("plaintiffs"), and defendant Spatial Communications Technologies, Inc. ("Spatial") stipulate and agree that this matter is subject to arbitration consistent with the terms of an arbitration agreement.  Accordingly, the parties agree to a stay of this matter for such time as is necessary to allow the parties to participate in and complete the arbitration.

STIPULATION AND ORDER OF STAY
(NO. CV04-2409) - 1

[31075-0011-000000/Staddon-Smith04-2409.stip-ord-stay.DOC]

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, Washington  98101-3099
Phone:  (206) 359-8000
Fax:  (206) 359-9000

It is so STIPULATED this 26th day of July, 2005.

**PERKINS COIE LLP**                    **HELSELL FETTERMAN LLP**

By _____            By _____
   Russell L. Perisho, WSBA #8538         Phillip D. Noble, WSBA #3530
   Attorneys for Defendant Spatial        Attorneys for Plaintiffs Alex Staddon-Smith
   Communications Technologies, Inc.      and Chris Wallace

## II.  ORDER

Based on the foregoing Stipulation, it is hereby

ORDERED that this matter is STAYED for such time as is necessary to allow the parties to participate in and complete an arbitration pursuant to the terms of an arbitration agreement.

DATED this 17th day of August, 2005.

*[signature]*
_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER OF STAY
(NO. CV04-2409) - 2
[31075-0011-000000/Staddon-Smith04-2409.stip-ord-stay.DOC]

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, Washington  98101-3099
Phone:  (206) 359-8000
Fax:  (206) 359-9000